UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JAMAL SHARIF GARDNER**,   Case No. 6:12-cv-02096-KI

       Petitioner,   JUDGMENT

  v.

**ROB PERSSON**,

       Respondent.


Corinne J. Lai
P.O. Box 2218
Lake Oswego, OR 97035

    Attorney for Petitioner


Mary H. Williams
Deputy Attorney General

Page 1 - JUDGMENT

Samuel A. Kubernick
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

       Attorneys for Respondent

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus [1] is denied. This proceeding is dismissed with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. See 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this    29th    day of April, 2014.


                                     /s/ Garr M. King
                                     Garr M. King
                                     United States District Judge